IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-574-F

| | | |
|---|---|---|
| EDWARD MULDER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT NORTON, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

This matter is before the court on the Petition for Writ of Mandamus [DE-7] filed by the pro se Plaintiff wherein he apparently seeks the court to compel a non-party to this action to provide him with various documents and information.

Federal Rule of Civil Procedure 26(d) prohibits parties from seeking discovery "from any source" before the parties have conferred in accordance with Rule 26(f), except when authorized by the Federal Rules of Civil Procedure, stipulation, or court order. No Rule 26(f) conference has taken place in this case; indeed, the record does not show any proof of service on defendants yet. Accordingly, to the extent the Petition seeks an order compelling Mr. Edgar Moore Page to provide him with discovery, the Petition [DE-7] is DENIED.

SO ORDERED.

This ___6th___ day of November, 2013.

                                        _James C. Fox_
                                        JAMES C. FOX
                                        Senior United States District Judge