IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CV-574-F

| | | |
|---|---|---|
| EDWARD MULDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT NORTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the Motion to Allow Expert Testimony without Written Report filed by Plaintiff on September 16, 2015. [DE-61]. Plaintiff states that he has been unable to obtain any written reports from expert witnesses and asks the court to allow him to have experts testify without first providing a written report. *Id.* Plaintiff states that he has contacted a doctor in the Emergency Department of Central Carolina Hospital and the State Bureau of Investigation Crime Lab and Collision expert, and requests "leeway in obtaining additional witnesses and discovery." *Id.* Defendants responded in opposition to Plaintiff's motion. [DE-62].

While Plaintiff states that he has submitted letters to two individuals whom he presumably would seek to retain as experts in this matter, he has not shown that he has in fact secured any expert witnesses to testify on his behalf. Accordingly, Plaintiff's motion is premature and it is denied without prejudice. However, due to Plaintiff's *pro se* status, he will be granted an extension of time in which to disclose his experts. The Scheduling Order currently provides that reports from retained experts are due from Plaintiff by September 15, 2015 and from Defendants by November 1, 2015. [DE-59]. The Scheduling Order [DE-59] is hereby amended as follows: reports from retained experts are due from Plaintiff by **November 15, 2015** and from Defendants by **December 15, 2015**.

Nothing in this order relieves Plaintiff of the obligations to provide an expert report as detailed in Rule 26(a)(2) of the Federal Rules of Civil Procedure. All other provisions of the Scheduling Order [DE-59] shall remain in effect.

So ordered, the 8th day of October 2015.

Robert B. Jones, Jr.
United States Magistrate Judge